IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JUDITH BRASWELL )
) No. 3-12-0079
v. )
)
MID SOUTH WAFFLES, INC.[1] )

O R D E R

On March 20, 2012, the parties filed a proposed protective order (Docket Entry No. 13), which the Court deems to be a motion for entry of the protective order and, as such, it is GRANTED.

By contemporaneously entered order, the Court has approved the parties' protective order.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge

---

[1] By order entered February 21, 2012 (Docket Entry No. 7), Mid South Waffles, Inc. was substituted for defendant Waffle House, Inc.