IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JUDITH BRASWELL )
) No. 3-12-0079
v. )
)
MID SOUTH WAFFLES, INC.[1] )

O R D E R

By orders entered March 8, 2012 (Docket Entry Nos. 11-12), the parties were directed to file

a joint mediation report by June 4, 2012.

No such mediation report has been filed.

Therefore, the time for the parties to file a joint mediation report is extended to July 16,

2012. The joint mediation report shall include the status of the parties' settlement discussions, the

potential for settlement, and the propriety of ADR.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge

---

[1] By order entered February 21, 2012 (Docket Entry No. 7), Mid South Waffles, Inc. was
substituted for defendant Waffle House, Inc.