IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JUDITH BRASWELL )
) No. 3-12-0079
v. )
)
MID SOUTH WAFFLES, INC.[1] )

O R D E R

By order entered July 2, 2012 (Docket Entry No. 16), the deadline for the parties to file a joint mediation report was extended from June 4, 2012, to July 16, 2012. However, the parties have not filed such a report.

The orders entered March 8, 2012 (Docket Entry Nos. 11-12), provided a December 21, 2012, deadline for filing any dispositive motions. However, no dispositive motion has been filed.

Counsel for the parties shall convene a telephone conference call with the Court on **Tuesday, January 15, 2013, at 4:00 p.m.,** to be initiated by defendant's counsel, to address the potential for settlement, propriety of ADR, and any matters to be addressed by the Magistrate Judge prior to the May 7, 2013, trial.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge

---

[1] By order entered February 21, 2012 (Docket Entry No. 7), Mid South Waffles, Inc. was substituted for defendant Waffle House, Inc.