IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JUDITH BRASWELL | ) | |
| | ) | |
| v. | ) | NO. 3:12-0079 |
| | ) | |
| MID SOUTH WAFFLES, INC. | ) | |

**O R D E R**

On January 14, 2013, the office of defendant's counsel advised the Court that this case has settled and an agreed order of dismissal would be filed by the end of the month. Therefore, the conference call scheduled for January 15, 2013, is cancelled. On or before January 31, 2103, counsel shall submit an agreed order of dismissal or other appropriate dismissal order.[1]

The Clerk is directed to forward this file to the Honorable Kevin H. Sharp, for his consideration of the agreed order of dismissal to be submitted on or before January 31, 2013.

Unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge

---

[1] By Order entered March 8, 2012, Docket Entry No.12, the pretrial conference was scheduled before Judge Sharp on April 15, 2013, and the jury trial was scheduled for May 7, 2013.