**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE  DIVISION**

| | | |
|---|---|---|
| **JUDITH BRASWELL** | ) | |
| | ) | **NO. 3:12-0079** |
| **v.** | ) | **JUDGE SHARP** |
| | ) | |
| **MID SOUTH WAFFLES, INC.** | ) | |
| | ) | |

**O R D E R**

The Court having been advised by counsel for the parties that this action has been settled,
it is hereby ORDERED that the action is dismissed without prejudice to the right, upon good cause
shown within sixty (60)days, to reopen the action if the settlement is not consummated.  Within this
sixty-day period, the parties may submit a proposed agreed order of compromise and dismissal.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE