IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JUDITH BRASWELL, ) | |
| ) | CASE NO. 3:12-cv-00079 |
| Plaintiff, ) | |
| ) | JUDGE SHARP |
| v. ) | MAGISTRATE JUDGE GRIFFIN |
| ) | |
| WAFFLE HOUSE, INC., ) | JURY DEMAND |
| ) | |
| Defendant. ) | |

## AGREED ORDER OF DISMISSAL

Come now the parties, by and through their attorneys, and announce to the court that all matters herein controversy between the parties have been compromised and settled out of court, and that Plaintiff, for valuable consideration, has executed a release and settlement agreement in full and final settlement of all their claims against Defendant arising out of the matters herein controversy. It is therefore:

**ORDERED, ADJUDGED, and DECREED**, by the court that this cause be, and the same hereby is, dismissed with full prejudice to Plaintiff.

It is further **ORDERED** that costs are to be taxed against Defendant for which execution may issue, if necessary.

Entered this G̀ c@Àaê Á̧ -Á̈T æ&@ÆG€FI È

_____
**JUDGE**

**APPROVED FOR ENTRY:**

**LAW OFFICE OF JAMES FLEXER**


**By: /s/ Jeffrey Levine**
    **Jeffrey Levine**
    BRPN 15532
    Attorney for Plaintiff
    4205 Gallatin Road
    Nashville, TN 37216
    (615) 255-2893


**LEITNER, WILLIAMS, DOOLEY**
**& NAPOLITAN, PLLC**


    **By: /s/ Anthony M. Noel**
    **Anthony M. Noel**
    BPRN 18828
    Attorney for Defendant
    414 Union Street, Suite 1900
    Nashville, Tennessee 37219-1782
    (615) 255-7722